

# NUMBER 13-12-00553-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**BANK OF SOUTH TEXAS,**                                                    **Appellant,**

**v.**

**ADRIAN ROSALES AND BECKY ROSALES,**                          **Appellees**.

## On appeal from the 93rd District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Bank of South Texas, perfected an appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-1896-12-B. Appellant has filed a motion to dismiss the appeal on grounds that the parties have entered into a settlement and have resolved their claims that are the subject of this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
24th day of October, 2013.